FILED

2013 OCT 9    PM 1:11

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE UNITED STATES COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Chris Sevier
Plaintiff

V.                                    )
                                      )
                                      )                    CASE NO:
                                      )
Hewlett Packard.                      )
                                      )
Defendant                            )                    JURY TRIAL
                                      )
( herein after also referred to      )
as HP and PC for short)              )
                                      )
(case to be consolidated with        )
the one against Apple Inc.)
Defendant

## COMPLAINT

NOW COMES:

"Hi your a MAC (Apple) and your a PC (Hewlett Packard) and I'm Chris Sevier," and

I'm here to demand to that these defendants comply with child obscenity laws and that they and

the Untied States' Government be responsive to the call of the British Prime Minister to form a

joint task force with the UK to make pornography online not so readably assessible.

## 1. JOINT TASK FORCE WITH THE UNITED KINGDOM:

I am demanding that the defendants and Federal Government accept the Prime Minister's, David

Cameron, July 23, 2013 call to join the United Kingdom to push the world back towards a place

of innocence by requiring filter policies on device makers that will protect children, marriages, and safeguard the human heart from the perils of smut. If this task force had been in place before I had purchased these defendant's products, I would not have sustained the injury that gives me standing here. How dare any one in this Country, especially these defendants, even consider not entering into a joint alliance with the United Kingdom on this matter, given the well documented evidence of the adverse impact that pornography online is having on women, children, and families, shifting our culture towards deprave heart prospectives. For anyone to object to this sensible solution is to admit that they are an advocate of child pornography, child exploitation, and sex trafficking. They should be labeled as such. Although Apple and Hewlett Packard hold themselves out as law abiding, they are inescapably in direct violation of child obscenity laws in every state in our union, as they sell products in an "unsafe" to minors in a manner that erodes the quality of life, hijacks dopamine receptors, destroys the capacity for intimacy for both men and women, and ruins lives in countless other ways. What I am proposing constitutes an easy fix with potentially a high reward and is consistent with the values upon which our nation was founded. Manufacturers should not have the right to allow their products to be used to unduly exploit the male biology in harmful ways without warning. This lawsuit is about porn addiction, not approval addiction, so I am not here to win any popularity contests by showing how tolerant I can be of those who attempt to justify self-absorption practices. I am here to stand for what is right and bang the drum as loudly as possible until the Federal Congress wakes up and passes a laws that curbs the harmful impact that the device makers are having on the world, while imploring the Courts to do their job to enforce the existing products liability and child obscenity laws in the event that the device makers consider not complying with my demand here out of

their greed and denial of basic human biology.  On July 23, 2013, the British Prime Minister called our nation to form a joint task force with theirs to push our world back towards innocences, and the Defendants and Congress should respond to this call for the sake of our children and generations to come.  Standing up for what is right is not intolerance, it is an invitation to life.  If Apple and Hewlett Packard will have the character to step forward and join this task force, I will drop this lawsuit because policy change will do more to make me whole than a personal payout.

2. **<u>NOT WORLD POLICE, BUT  AMERICA HAS A HIGHER CALLING</u>**: On September 10, 2013, President Obama explained to our Nation that although America is not the World Police, we have a higher callings to help humanity out of the abundance of our prosperity taking the moral high ground on matters that protect children. Such a position was unequivocally directly consistent with the spirit of Americanism that has marked our Nation since its inception. The President has called for our Nation to be responsive to Syria's nefarious use of chemical weapons that killed 1,400 civilians to include children in violation of set in place regulation, as the evidence substantiates here: http://www.youtube.com/watch?v=EMUkGZgV3UE. The President implied that America should engage in the transferred right of self-defense to protect children around the world following self-evident  universal law. The President suggested that we as American's have a call to be responsive in the face of overt evil, even if there are minor risks and set backs, as a result of our responsiveness because we have a higher calling on our nation.

The same exact rational applies squarely to the instant case. Apple and Hewlett Packard must sell their products in a fashion that will protect millions of our children and our families at home and abroad, by coming to terms with the scientific evidence that demonstrates that porn

that is accessible through their devices is not harmless. What we set before our eyes does impact

us.   We need to invoke our higher calling in this matter and join with our allies in the UK to

push our world back towards innocence, by selling devices with filters that blocks porn for

minors, and protects those who are not interested in having their lives devastated by

impressionable illicit content.  Even if there are some minor set backs or inconveniences in

implementing this, it is worth it and consistent with our Nations higher calling to protect children

at home and across the world.  To those whom much is given, much is expected. Our nation is in

a position of leadership and prosperity and we have a duty to set a positive example for other

nations regarding smut.  We need other of our allies to join this task force to fight an unseen war

that is waged for our hearts. Currently, I am in Paris France lobbying the Deputies of the

Socialist party of the National Assembly to join this task force.  Deputy Maud Olivier is pushing

the National Assembly to have stricter prostitution laws, which is not a bad thing, but my

proposal may curb the demand side of prostitution, addressing a source, not a symptom.

Countries like France, Germany, Canada, Russia, and should be part of this task force that will

decrease the demand side of sex trafficking which is a growing international problem that we

must be responsive to.   Prospectively, hundreds of millions of children and marriages could be

protected by adhering to this higher calling here in a matter that will keep families from breaking

apart and improve the way that men and women view and treat one another.  Sex is something

that we should hold in high esteem. It is something that is precious and sacred because of the

bonds it forms and the life it can create. Accordingly, the implementation of this policy is

consistent with a call to push our culture back to a place of honor.

3. **<u>SUA SPONTE ACCEPTANCE</u>** : Over all, I love Apple and Hewlett Packard in terms of

what it could do. Apple and HP have done tremendous positive things for the world. They should

be applauded for their accomplishments in the name of progress. Apple and Hewlett Packard are

by and large pro-family, pro-values, pro-education, pro-science, pro-progress. I am not bringing

this lawsuit because I want to hurt Apple or HP employees.  But the free flow of information and

content accessible on Apple and Hewlett Packard devices is not all good. Apple and Hewlett

Packard need to be responsive to the equivocal evidence of the downsides that absolute free flow

of information creates. Society can never flourish in a state of nature and the lack of relation of

pirated material and pornography online is harming creativity and warping our collective

perceptions of sexuality in damaging ways.  I invite Apple and Hewlett Packard to be part of the

solution, not part of the problem, by leading the way on this matter because I believe that these

entities possess the leaders with the integrity and character to do what is right here.  Apple and

Hewlett Packard lack the incentive not to strictly comply with the well founded demanded in this

action put forth by myself and the British Prime Minister, not only for my sake, but for the sake

of all marriages and children to include their own.  Hundreds of millions of men, of all ages, are

being adversely impacted by internet porn that is accessible through the use of their products.

This is a private matter that is playing itself out publicly in devastating ways.  Apple and Hewlett

Packard have no loyalty to porn makers, but they do have an affirmative duty of loyalty to

protect the biological make up of their customers from having their minds eroded because

marketing companies are taking advantage of the males biological make up due to the lack of

filtering systems, which making our country "trashy." Consistently with my allegations in the

original complaint against Apple on July 11, 2013, the British Prime Minister called for device

makers in the United Kingdom on July 23, 2013 to "sua sponte" join in on his sensible proposal

that prevents one from buying things online that they are prohibited from buying in stores.  I am

here to beg, plead, and insist that Apple and HP come forward "on their own" and heed this call

for the sake of all of our children, and generations to come.  Non-responsiveness to such blatant

failures of Hewlett Packard and Apple should not be tolerable by civilized society, our consumer

market, or this Honorable Court.  What I have proposed here should not even be something that I

need to demand. It is something that needs to be done out off common sense and intrinsic

morality. Regardless of whether someone is liberal or conservative, this plight is based on

neurological science.

4.  **HOW A JOINT TASK FORCE WITH THE UK ON THIS MATTER IMPACTS THE**

**WAR ON TERROR:** I hate terrorist more than just about anyone who works at Apple or

Hewlett Packard. I joined the United States military in response to the attack on September 11,

2001. I have been personally attacked by insurgents in Operation Iraqi Freedom, which is more

than just about anyone at Apple and Hewlett Packard can say, who opposes this proposition. But

just hating one's adversary is an immature and insufficient response in 2013. We have a duty to

understand what motivates their violence in an effort to be peace makers wherever possible in the

pursuit of overall justice.  The evidence demonstrates that terrorist attacks are usually motivated

by some kind of disdain towards western culture practices and how our culture posses a threat to

shift traditional family values in middle eastern away from the sacred norms. Of all the adverse

by-products of western culture, online pornography with is easily accessibility and abundance,  is

probably worst of all. Instead, of fighting the war on terror with guns and bullets, perhaps device

makers, like HP and Apple, and Congress can help fight terror here by the adaptation of this

common sense policy joining "joint task force."  Doing so serves to counter jihad, while

protecting women, children, and marriages. The terrorist have a point in that many of our western policies are irresponsibly dangerous, even if their means to communicate objection are utterly condemnable.

(*"All of the terrorism that is currently on the planet is really an extension of a fundamentalist urge to protect an old way of sexuality and family that is shifting." - Patrick Carns*)

## 5. O'REILLY, LETTERMAN, LENO ARE GIGGLING ABOUT CUTTING DOWN THE DEMAND SIDE OF CHILD PORNOGRAPHY AND SEX TRAFFICKING: I prefer a

simple thank you instead of being laughed at an persecuted, but such inappropriate persecution and laughter only further proves the need for more safe guards for our hearts because it demonstrates how out of tune with reality our nation has become. While O'Reilly, Leno, and Letterman might have thought the original complaint against Apple was funny, women who are chained to radiators in places like, Thailand, Malaysia, and Greece,who are being sex trafficked by American tourist, who got their start down a voyeuristic path of sexual compulsion after accessing pornography on their Apple and Hewlett Packard, are not laughing. These females are being irreversibly traumatized and tortured. There is no doubt that our society is shaped by how men and women treat one another. To suggest that online pornography is not adversely shaping how men and women perceive one another in this country and elsewhere is laughable. Online pornography creates crushing expectations about sex; it yields arousal addiction, compulsory sex addiction, voyeurism, and a litany of social ills that were the basis for obscenity laws in this Country in the first place. Women deserve to be treated like princesses. Instead, pornography is shifting our collective prospective to objectify women. The capacity for intimacy for both genders is diminished, which could yield less fulfilling, which is tragic.

**6. WAKE UP FEDERAL CONGRESS**: If any federal Congress members are reading this, I would like them to take something into consideration along with the Defendants: Apple, Hewlett Packard, and other devices makers are violating obscenity laws by selling devices without filters to minors. I did not go to Iraq, and risk my life on the rule of law missions, only to have laws like obscenity ones be converted into "blue law." Apple and Hewlett Packard products are crossing state lines, therefore the United States Congress has the right to regulate this criminal misconduct under the Commerce Clause of the United States Constitution. Federal Question jurisdiction is invoked accordingly, and Congress should be responsive in the same way that Parliament in the UK is to wake up to these matters. Congress needs to restore Country to have a culture of honor. It can start by passing a law that requires all device makers to install filters that automatically block pornography upon purchase. If the purchaser is under 18, device makers should not provide a password to remove the filters because doing so violates our states obscenity laws that protects our children's innocence. If the purchaser is over and would like the filters remove at their own risk, Apple and Hewlett Packard should required the customer to take the initiative to acquire a password "opting in." Otherwise, an absolute band would violate the First Amendment and that would be unconstitutional. "Intentionality" should be shifted onto the individual user who want to see porn by choice, not those who desire to avoid it, but have to be provocative in doing so (which offends the basic tenants of our laws). This Country has always held that pornography featuring adults is not illegal, but should be avoided. We are wired for both sex and intimacy. It is self-evident that men and women were born with corresponding sexual features, which confirms that. Online porn should not be illegal for adults, and we should not prosecute one another for merely being human. In fact, porn should not be prohibited in the same way that

alcohol should not. But like in the case of alcohol, there needs to be strict restrictions on online

pornography, which will make all of us more free in the long run, as it shifts our perception of

sex in a healthy direction. Like in the case of alcohol, we need restrictions to protect us from us.

Although there is not a magic number of the amount of drinks one must consume before they

become an alcoholic, we know that over time too much drinking can generate the disease of

alcoholism. The same can be said of pornography, and stricter regulation is necessary to protect

us from us.

7.  Our Congress has always recognized the perils of smut and have legitimately regulated the

time, place, and manner of this speech in a way that makes it inconvenient for the average man to

be inadvertently harmed by the corrosive content. This is why zoning laws have always made

porn shops relocate to the less desirable parts of town. This lawsuit asks the products makers to

protect us, by making it harder for us guys to access content that could yield the litany of

problems the pornography creates for us, however gradual it may be.  Accordingly, Congress

should exercise leadership and respond to the call of the British Prime minister, pushing our

nation back towards innocence by passing a law that shifts the burden onto those that want to see

porn to have to take the step to remove filters instead of placing the burden on those who do not

want to see porn to have to be proactive. This proposal is not just equitable under the rubric of

common sense, this policy comports squarely with the rational basis test connected with the

Constitutionality litmus test of matters arising under the First Amendment of the United States

Constitution.  Those of us who are male, who prefer to maintain our capacity to bond and

experience intimacy, as opposed to becoming addicted to intensity-based thrill-seeking-sexually-

compulsive-voyerist, should not be punished by having the burden to block content that is

damaging to our neurological hardwiring, destroying our capacity for a relationships, and depleting our oxytosen.  Further, I want to reduce the possibility of some porn addict dating my future daughter. As a person of achievement and with a strong honor core myself, the quality of my life would have been much better if that policy had been in place when I purchased these defendant's products. I do not appreciate Apple and Hewlett Packard selling me a product, which they hold out as being safe, when they are aware that it simply not the case. Those who do not want to see porn should not have to be concerned about stumbling upon or being sucked into it by internet marketing companies, who tirelessly exploit the fact that us guys are stimulated visually by our beautiful counterparts.   In passing such a law, Congress will be acting consistently with realities of objective biology and protecting us from ourselves and moving our nation and world back towards innocence in step with our brothers and sisters in the United Kingdom.  While device makers like Apple and HP should "sua sponte" agree to employ such a sensible policy and not even consider giving anyone any push back, the Federal Congress must start passing legislation that makes the cyber-world, and those who make it available, subject to following the same laws as the entities in the analog world. Congressmen constituencies deserve that.  "What one cannot get in the store, they should be prohibited from accessing online," explains the British Prime Minister.  The evidence demonstrates that our nation as a whole needs more regulation over the free flow of information on the web, which is having adverse physiological, psychological, and metaphysical effect and hurting our economy by making many business incapable of monetizing assets that would otherwise be valuable.

**8.  HEY MEDIA - INTERVIEW DR. PATRICK CARNS AND PASTOR TIM KELLER**:

Apple stated that because there was a typo in my original complaint, I must not be very

articulate. Accordingly, I ask that the media interview Patrick Carns about these matters. Check

him out here: http://www.youtube.com/watch?v=i1pQfGD_MQI. I also ask that the media get

Tim Keller's prospective on this matter.

## 9.  ADDRESSING THE GENERAL PUBLIC AND THE YOU  - WHAT MADEON, ZEDD, KE$HA, METALICA, HARRY POTTER AND STIMULATION ADDICTION HAVE TO DO WITH THIS COMPLAINT

**10.   SUPER BAD:** If Apple, HP, and Congress want to get an idea about what the landscape of minors looking at porn on line looks like, just watch the opening conversation between Seth and Evan in Super Bad.  There conversation designed in jest underscores a  rampant problem that is no laughing matter, when taken in the aggregate.

**11.  HARRY POTTER MIRROR OF ERISED**:

*"Let me explain. The happiest man on earth would be able to use the Mirror of Erised like a normal mirror, that is, he would look into it and see himself exactly as he is. Does that help."*
*Harry thought. Then he said slowly, "It shows us what we want... whatever we want..."*
*"Yes and no," said Dumbledore quietly.*
*"It shows us nothing more or less than the deepest, most desperate desire of our hearts. You, who have never known your family, see them standing around you. Ronald Weasley, who has always been overshadowed by his brothers, sees himself standing alone, the best of all of them. However, this mirror will give us neither knowledge or truth. Men have wasted away before it, entranced by what they have seen, or been driven mad, not knowing if what it shows is real or even possible.*

Looking at porn is kind of like the mirror of Erised, for us guys. It shows many of us our deepest

desires. Many of us guys can get lost in that mirror. What we will gain by installing filters is

worth what we might lose.  Pornography can appeal to many of us guys deepest longings, but it

is a lesser form of the real thing.

**12.  GHOST WARS - MOCEANS RED HERRING:**  Besides having been a lawyer, combat

Army Officer, CEO of a record company, overseas missionary, fashion model, I formed an EDM

band, Ghost WARS, that gives all of its proceeds to charitable organizations. I referenced Ghost

WARS the original complaint filed against Apple as a red herring to draw Apple out, which

worked. Apple had a spokes person step forward in response to my complaint and allege that my

lawsuit was about trying to promote my band. In doing so, Apple demonstrated that it expects

everything to be about money, which is the same kind of immoral thinking that caused Apple and

Hewlett Packard to negligently fail to install filters in the first place, causing them to be sued

here. Apple and Hewlett Packard should prize protecting their customers and honoring child

obscenity laws over money. If this action were to promote Ghost WARS as an ancillary side

effect, I would use that to tell the youth to follow my example by standing up for what is right,

even if its not popular. Standing up for what is right is not intolerance but an invitation to life.

**The Ghost WARS Music video for this lawsuit is: http://www.youtube.com/watch?
v=mxJK9F0SHuQ**

**13. RAISING THE DRINKING AGE FROM 18 TO 21 ANALOGY**: Lets face the facts.

The drinking age in this Country used to be 18 and up until the legislature raised the age to 21.

Although raising the drinking age did not prevent all minors from acquiring alcohol and

drinking, it unequivocally cut down on the all of the problems that stem from drinking alcohol.

The evidence suggests that there were fewer alcohol related accidents, deaths, and crimes

committed while under the influence proportionally. There evidence demonstrates that the

number of people who would have developed the disease of alcoholism was reduced thanks to

the restricted access.  By making alcohol harder to get for persons under 21 better protected all of

us. Similarly, some teens under 18 may attempt to remove the filters or go to greater effort to

seek out websites with obscene content that slipped past the filters. But sensible policies that

limit access will cut back on the downsides of such content.

**14.  MTV 16 AND PREGNANT**: The reality TV show 16 and Pregnant constitutes Exhibit A as

to why Apple and PC should sell their devices with filters. Internet Pornography promotes

voyeurism and sexually compulsory behavior, without the need for commitment. The

consequence of this can be births out of wed lock, increased single parent homes, an increase in

welfare dependency, emotionally unstable children, STDs, irreparable emotional scars, and other

social ills that harm our communities. Prevention measures are cheaper than trying to fix that

which cannot be mended.

**15.  METALLICA**: When Lars from Metallic sued Napster for the rampant copyright

infringement online that has subsequently all but tanked the music business, thanks to the lie that

free flow of information was good for the economy, he sued the wrong party. (Human nature,

being what it is in general, will always be flawed and broken - when given the opportunity to pay

for something or take it for free,  most people will steal.)  Like porn content providers, Sean

Parker was an opportunist, who was taking advantage of human nature, exploiting the lack of

enforcement for his personal benefit, given his own greed and disregard for the welfare of his

customers.   Temptation to exploit the under regulated internet is no different than temptation to

look at porn after being bombarded by marketers, who set out to entice and trick men into

visiting porn sites with through pop-ups of temptresses and false advertising.

Metallica should have sued device makers like Apple and Hewlett Packard in tort for

breach due to superseding cause and foreseeability factors. The internet is not some space

vacuum. The world wide web is merely a part of a sum that is a computer created by device

makes like Apple and HP that sits in our homes. Without the device that allows customers likely

myself to use the software to log onto the internet, there is no internet. Without the ability to log

onto the internet the downsides of the internet are eradicated. Sean Parker should not have been

sued for creating Napster any more so than porn content providers, who are exploiting the fact

that they can get teenaged hooked on their products, should be because of Apple and HP's failure

to sell their products with filters. Device makers, like Apple and Hewlett Packard are the head of

this snake. Because of Apple and PC's disregard of the rule of law, people, like Sean and Sex

traffickers, are faced with an overwhelming temptation to take advantage of the platform to

exploit others for their personal benefit, even if it victimizes others. Meanwhile the tax payers

have to pay the cost of by dealing with the fall out of pornography, sex addiction, single parent

homes, and voyeurism, and crimes of passion relating to jealousy, rage, envy, shame addiction,

low self-esteem, and wrongful perceptions of one's self and others. We don't need more sex

offenders or prisons in this Country, we need more preventative measures that prevent people's

hearts from being poisoned so that their will be fewer people in jail, fewer broken homes, fewer

sex trafficking victims, and so forth.


## FRAMING THE ISSUE

**16. THE WORLD WIDE WEB IS AN ILLUSION**: The world wide web, cyber space, is the

sexy name for an illusion. (Kind of like how the promise of porn is illusory.) The web is merely

the sum of a part. The internet is merely a part of the device that allows you to access it in the

first place. Apple and HP make those devices. (The Federal and State Congress needs to profit

from my litigation here to see that to "if you control the device, you control the internet.") It is

not complex.  Device makers do not have the right to facilitate criminal activity, when they have

the means to reduce it by adding restrictions in the name of actual progress. The internet is merely a reflection of virtual society, and it should be subjected to the same laws as the rest of the analog world. A very large rock needs to be rolled back over the black hole of internet pornography that Apple and HP products are making available to us through policy change and concrete legislation. Additionally, if the Congress is concerned about the economy, it will plainly see that free flow of information on the web is destroying many industries because certain assets are harder to monetize. The free flow of information on the web decreasing creativity and innocence and is a pivotal source that is converting America in to predominately boring franchised economy.

17. **PARTS OF THE SUM:** Given the public interest in this matter, I ask the Defendants and the Court for some leeway, as I call upon us all to shift our thinking. Lets say I purchased a car; if a faulty engine failed and caused injury due to negligence, I would not file suit against the engine maker, I would bring an action against the car manufacturer. The engine is a part of the sum that is the car. This is no different than the internet being a part of a sum that is a computer. The idea that the illustrious world wide web is something separate is merely classic misdirection proliferated by self-interested individuals, who place greed above how their products are hurting families and children. Apple and HP knows or should know the dangers porn that is accessible through their products, how it is linked to organized crime and how marketing companies are relentlessly exploiting male biology through pop up ads to suck us guys into the world of porn that is "always just one click away." This problem is rampant and no one wants to talk about it. Meanwhile, we are courting disaster. The internet is not "a cube in the desert that glows" its one part of devices made by a handful of device makers, who are subjected to child obscenity laws in

the same way as bricks and mortar stores.

18. **GROCERY STORE ANALOGY:** If a minor was to go into a grocery store and put milk, eggs, and a Hustler magazine in his shopping cart, he would be stopped by the check out clerk the clerk, who would let him leave with everything but the porn mag. Otherwise, the grocer could be subject to prosecution for violating child indecency laws.  Here, Apple and HP's stores are no different than the grocery store in this analogy. Apple and Hewlett Packard retailers are allowing the minors to check out with infinite pornography amongst other content items that are legitimate.  Apple and Hewlett Packard  have the ability to easily filter the bad and leave the good, which would help all of us. Apple and HP have had the ability to filter porn for years, but arrogance has caused the companies to be non responsive to a problem that is getting out of control.

19.   When checking out of their store, Apple and Hewlett Packard should not allow the minor to leave with pornographic content, any more than in the grocery store analogy. Currently, MAC and PC are willfully thumbing their nose at obscenity laws and allowing marketers to exploit the male biology by sucking them into addicting porn sights. Failing to make reasonable efforts to comply with these laws should cause the Federal Government to prosecuted Apple and Hewlett Packard for overt noncompliance, if necessary. (Its better for the U.S attorney's office to prosecute the few bad apples at the top, then the many at the bottom, who will simply be replaced. It is nearly always better to address the disease, not the symptom.)

20. **THE SNEAKY GROCER**:  I am not a minor, so why should filters be pre-set for adults one might ask?  Back to the grocery store analogy, when I am checking out of the grocery store as an adult, I do not want the grocer to slip a porn magazine in my bag as I check out, even if I

was entitled to have a free porn mag under the grocery store's policy. I do not want the grocery to

slip other addicting products in my cart as I attempt to leave - like cigarettes, beer, meth - even if

these items were free and I was entitled to them under the stores policy.   Instead, the grocer

should require me to ask for a copy of the free porn mag, since the recent study's are proving that

porn causes compulsory sexual behavior, arousal addiction, can cause one to be fire from their

job, and so forth. I should be required to take the additional step to ask for the porn magazine to

be added to my cart.  Apple and HP should not just assume that their adult customers want access

to content that could cause them to be fired from their job, ruin their entire family, and generate

addictive thinking.

21.  The grocery is otherwise taking away "intentionality" from adult males, encouraging

intensity based sex, while damaging their relationships and the customers capacity to form

bonds.  I should not have to take the tricky steps to keep the grocery from slipping the free porn

mag in my cart, as I check out. I should not have to be on guard that the clerk might put

addicting content in my cart. The checkout clerk is in the better position to be on guard for me. If

the sneaky grocer were to  have placed a porn mag my bag surreptitiously, once at home in the

privacy of my room, if was to stumble upon it, I might be overwhelmingly tempted to sneak a

peak in  "moment of weakness" because  "Hello, I am biologically and nero-chemically designed

to love looking at naked girls." Fewer things are better. Yet, this lawsuit sets out to establish here

what we know about other areas, like in the case of cocaine, that something make us feel so good

temporarily that they are bad for us.  Seeing sexual acts or a naked woman is such a large

dopamine rush and is so special that context control by the viewer should be valued and

protected by those who could influence it to an unduly degree.  Us guys should not have to

apologize for how the laws of attraction play out on us. We should not be punished for being

hardwired to be attracted to by sight.  But we should expect Apple to protect us from being

unreasonably exposed to content that tempts us and exploits our biology that causes adverse

shifts in perception and neurological hardwiring.

22.  Just because us guys, like something does not mean that it would be good for us to have it.

Restraint is a foundation of masculinity after all. Honoring women in this way will make all of us

better men in some way given what a policy like this will communicate to our female

counterparts - that they are special and worth protecting.  50% of the world's population can

attest that they are visually stimulated and other other 50% can attest that they do not want their

significant others looking at porn starlets, when it comes to being naked.  Apple and HP are

effectively like the grocer in this analogy, who slipped the porn content in my cart as I check out

without giving me any warnings. Apple and HP provided no warnings that porn was addicting or

harmful as they reasonably foresaw. By not selling their products on safe mode Apple and HP are

doing their male and female customers a disfavor by placing guys in a situation of prospective

overwhelming temptation. By selling computers on "safe mode" to adults and making the

purchaser take the initiative to acquire a password to remove the filter, Apple and HP can

sincerely say that their hands are clean from any adverse consequences that follow from their

costumers intentional use of their products to access pornography at their election.

23.  **Anonymity, Affordability, and Accessibility**: Twenty years ago, if someone wanted to look

at porn it took time money and effort to see it. Now it takes time money and effort to avoid it.

This is outrageous and the foundation that supports a  claim under res ispa loquitar, "the wrong

speaks for itself."  Even grandparents are being drawn into porn sights given the abundance and

availability online.   Internet porn makes us guys become a worse version of ourselves. I have a right not to have my brain hijacked and biology exploited to unduly degrees because of negligent manufacturing.

**24.  CALLING ALL US ATTORNEYS AND LAW ENFORCEMENT TO BE**

**RESPONSIVE:** Lets be clear up front: what I am not here to do is to threaten criminal liability against Apple and HP's CEOs so that I can get some large personal payout in the instant lawsuit, regardless of the validity of the claim for personal pecuniary damages. Many of my opponents to this concept in the general public have such polluted hearts that they assume everyone else is as selfish and rotten as they are (which supports the need for filters as we must accept that human nature is bad in general).  My proposed rule 68 motion attached here clarifies that my paramount demand is simply that device makers and the United States heed the call of the British Prime Minister in joining the joint task force in aligning with common sense. If this is done, I'll drop the case because the policy implementation will make me whole. Yet, I call upon the U.S. Attorney's office and state prosecutors to begin prosecuting the CEOs of device making companies for violating child obscenity laws in selling their devices not on "safe mode" to minors.  I have been privy to the same information and seminars that Apple and HP have that are being put forth by federal law enforcement, who have linked an increase in online pornography to a correlating increase in organized crime, objectification of women, sex trafficking, and child pornography production.  In July 2013, I met with the FBI field office in Tennessee and Texas and the United States attorney's office, all of whom agreed that Apple and HP  may very well be in direct violation of child obscenity laws and "could be subjected to prosecution" for failure to sell their devices on "safe mode" to minors.  Apple and PC cannot hold themselves out publicly

as law abiding entities, and refuse to comply child obscenity laws. While the burden proposed here is light on the device makers, the benefit for the rest of us is great. Our wives, girl friends, grand daughters, and daughters will appreciate our male leadership on this for generations to come. We owe it to them to act in this regard. Apple and HP have the technology and are in the best position to make reasonable attempts to block pornography.

## 25. DEVICE MAKERS CANNOT SUCCESSFULLY INVOKE THE EICHMANN DEFENSE RAISED IN THE MOVIE HANNAH ARENDT: President Obama just

acknowledged that our Country sometimes recognizes universal law and even compared Bashar al-Assad to the Nazi leaders in making the case for action in Syria (So that Syria does not become another Rwanda). Because I love studying World War II, permit me to draw an analogy to lighten the mood some. At the trial of Adoph Eichman, the former Nazi administrator's best defense was that while he admitted to being in charge of putting millions of Jews on the trains for transportation, he was not responsible for their destination or what happened to them after arrival. Here in the instant case, Apple and HP, can not legitimately raise this kind of defense regarding their customers, who leave with the store with their products. Eichmann knew or should have known that he was placing those prisoners under his care on a course to meet their death in nefarious concentration camps. Eichmann had a duty to the welfare of the people under his charge that superseded lawful orders based on universal self-evident law. Therefore, Eichman was guilty of war crimes against humanity, even if he was obeying German law. When MAC and PC sell their devices to minors and adult males they cannot argue that they do not know that their male customers are on a course to being exposed to abundant online pornography and all of the dangers that associate with it. By selling their products on "unsafe mode," Apple and HP are

setting up their customers for relationship problems and possible extermination of their capacity

for intimacy.  It is unreasonable for Apple and HP to suggest that they are unaware that millions

minors are not using their products to access porn.  (See Super Bad).

26. **Statistic**:  Upon information and belief, Apple and HP know that 2/3rd of minors are

watching pornography online while doing their homework.

27.  **Statistic**: Apple and HP know that 40,000,000 Americans look at at pornography online

daily, many of whom are accessing this damaging content on Apple and HP machines, which was

the vehicle that was used to get them hooked in the first place.

28. **Statistic**:  Apple and HP know that the porn industry generates a revenue that is more than

major league baseball, the NFL, and NBA combined annually. Its a 15 billion dollar industry.

29. **Statistic**: Online pornography is a foundational source that is creating one of the biggest

problem in schools, it is one of the biggest problems for child injury, it is one of our biggest

problem socially in how it is reshaping prospectives, and yet, Apple and HP are not selling their

devices with filters.

30. **Statistic**: Apple and HP are aware that Illegal child porn websites are generating 3 billion a

year in our country. 11 Billion is spent on prostitution. 5 billion is spent at sex clubs.


31.  **Statistic**: Apple and HP are aware that 2/3rds of kids watch pornography while watching
doing their homework and 34% of those will engage in sexual compulsory behavior.

32.  **Statistic**: Apple and HP know that 40% of men of current college age students started
looking at internet porn before the age of 10. Most of those males accessed that pornography on
devices created by HP and Apple.


33. **Statistic:** Apple and HP know that most pornography is being downloaded in America

between 9am to 5pm. So it is a work  place problem. Many companies predict that they are

losing 90 minutes a day of productive work due to some form of internet sex. Looking at porn at work involves being sneaky. And it can get people fired, which would not occur if HP and Apple were more concerned with keeping their customers from forming the habit of escaping through porn.

34. This is a huge problem and I do not understand why I should be treated like some leopard to demanding that constructive change come. Sometimes reasonable restriction on freedom creates more liberty.

## ADDRESSING CONSIDERATIONS FOR CONGRESS, PARLAMENT, AND THE DEFENDANTS

**35. FREEDOM OF SPEECH ISSUES:** First of all, Apple and PC are not state actors so the first amendment does not even apply to them whatsoever. Apple and PC can unilaterally zap and block sights at will that are obviously associated with organized crime and terrorism. Apple and PC have a duty to comply with child obscenity laws and have failed to do so. Apple and Hewlett Packard are private companies, who have a duty to sell their products safely to consumed and to warn them about their dangers. They breached that duty as it applies to me and hundreds of millions of men. Apple and HP must not cannot sell products that unduly promote addiction and compulsory behavior that decreases the quality of an individuals life. To prove that I have lodged the instant products liability lawsuit for good cause.

**36. STATE ACTION:** It is possible that states could file lawsuits against device makers in the same way that they did against tobacco manufacturers, who caused states to have to pay astronomical amounts in addressing the adverse health impact of smoking. Here, the evidence shows that the states have had to shoulder the burden of that stem from the fall out of single

parent homes and failed relationships that resulted from exposure to porn. The state could also hold Apple and Hewlett Packard financially liable for the increasing expense in fighting cyber crimes, as Apple and Hewlett Packard products are being used to increase the demand for child pornography.

**37.  CONGRESS CAN PASS A LAW THAT REGULATES THE TIME, PLACE, AND MANNER OF SPEECH AND SHIFT THE BURDEN:** The British Prime Minister got it right in his analysis regarding free speech. Just like Parliament can pass a law that regulates the time, place, and manner of speech on device makers regarding accessibility of pornography, our Federal and state legislatures can promulgate regulation that makes porn more inconvenient to access.  Passing a uniform law that requires device makers to comply with child obscenity laws should be an obvious bipartisan matter because it is predicated on safe guarding children and their innocence. How could any Republican or Democrat be against that?  Such a law passes Constitutional muster under the rational basis test.

**38.  BURDEN SHIFTING CONSISTENT WITH THE LONG STANDING POLICIES IN THE UNITED STATES AND THE FIRST AMENDMENT**: I am demanding that device makers and the Federal and state legislature shift the burden onto those who want to see pornography to have to take the steps to remove the filter. The burden should not be on those who want to see pornography to have to go through the troubles of figuring out how to install filtering software to avoid it. Not everyone has a computer science degree and can figure out how to install filtering software to filter.  I can imagine a Grand father, who makes an attempts to install filters to protect himself and his grandchildren, only to unknowingly failed to have effectively done so because he is not tech savvy, like the army of technicians employed by Apple

and Hewlett Packard, who could install filters in their sleep. So, while the Grand father thinks his grandkids are safe to use his computer, they might come to grandpa's house often just to access porn that they couldn't get at home on Grandpa's computer. More situations like that could be avoided. The spirit of the first amendment requires that the burden be on those who want to access pornography to have to take the steps to remove the filter. The scientific evidence demonstrates that pornography is a dangerous form of speech that warrants the burden to be on those who want to access it to take the extra steps to do so. Congress should regulate harmful speech. And Apple, Hewlett Packard, and experts like Patrick Carns, can attest first hand before a Congressional Hearing that Pornography is harmful speech.

### 39.  ALL  COMPULSORY ADDICTION IS LIMITED BY OPPORTUNITY

Apple and Hewlett Packard understand that all compulsory addiction activity is limited by opportunity. If there are fewer casinos, there are fewer gambling addicts. If internet porn is restricted there are fewer cases of sex addiction, inability to have intimacy, arousal addiction, intensity addiction, failed relationships, broken homes, and single mothers on welfare.

### 40.  REASONABLE ATTEMPTS TO BLOCK, NOT PERFECT:  To clarify, I think what the

British Prime Minister is pushing for in the UK is that device makers install filters that make a "reasonable and good faith effort" to block pornography online. This is what I am demanding here. Not absolute perfection, but that Apple and PC be able to show that they have installed filters that make best efforts to block content that would otherwise violate obscenity laws.  I am asking that Apple and HP make it harder for us guys to access porn so we can have an actual relationship with a non viral female. If the filters at least make it more difficult to access or stumble upon pornography, then its doing its job. Incidental encounters with porn should be a

thing of the past in light of the new scientific data on these matters and res ispa loquitar.

41. **COVENANT MARRIAGE ACT:** While I have Congresses attention, I would respectfully

like the state legislatures in each state to pass the "Covenant Marriage Act," as found in the state

of Louisiana. (The matter could be decided by the individual states).   The act requires that

couples who agree to engage in a covenant marriage be required to attend counseling before

being allowed to divorce.  Our country has lost sight of the sanctity of marriage and the passing

of this act in each state would better strengthen our nation.  That way if porn or any other source

of undue influence was to interfere with a marital contract as occurred in this instance case, their

would be an increased possibility that the couple could salvage their relationship.

42. **FAILURE TO WARN:** The Defendants knew or should have known that online

pornography was addicting or could cause arousal addiction. The Defendants failed to provide

any warnings about the perils of pornography. I am a demanding that Apple and PC comply with

the proposal offered by the British Prime Minister and provide its customers with express

warnings that explains that some forms of online pornography might be illegal and those who

view pornography on the web might "face consequences, such as losing their job, their family,

and even access to their children if they continue." Why would Apple and Hewlett Packard even

consider not issuing such a warning that they know to be true? To object to such an idea is proof

that these device makers do not care about the well-being of their customers.

43.  **IF YOU WANT TO KILL A SNAKE, CUT ITS HEAD OFF:** Genesis starts with a poetic

story about a snake and an Apple in a garden that cause down fall of man kind. Apple is the head

of this snake that is poisoning our youth and the this Court and the Federal Legislature should cut

its head off if they give any push back to my demands.  By lining ourselves with the UK on this,

we will be cutting the head off a snake that is poisoning hundreds of millions of people and making the quality of their life much worse than it could be. All other devices makers make up part of that head as well, and to prevent the foreseeable perils of online pornography playing out, we need to cut the head off this snake by requiring filters to protect us from us.

44.  Upon Information and belief, Apple and HP are aware that addiction does not require taking a chemical. Behavioral addiction taps into the same parts of the brain as a chemical addiction.

**45.  BEHAVIORAL ADDICTION:** Apple and Hewlett Packard are aware of all the following: Addiction is a brain disease. What we use to cope with stress can become addicting. Sex addiction is merely an attempt to avoid pain.  An impulse becomes compulsive. And then you get to the place where you can't stop because the brain cannot go backwards. A behavioral addiction is the same thing as a chemical addiction. A behavioral addiction uses the same reward centers in the brain. The same chemicals, like dopamine, are at play.  Sometimes somethings are just too good for us. For example, one cannot be a recreational user of meth. Meth raises dopamine levels 111% in the brain. Thank goodness that meth is illegal. Internet porngraphy is one of those things that is simply too good, raising dopamine levels 100%.  We are wired to be sexual because its about survival of our species. Sex is sensate and presentation matters when it comes to intercourse. Presenting access to sex online is a lesser form of sex that exploits our biological make up in adverse ways causing a reconfiguration of nero-pathways in adverse restructuring. There is an adverse rewiring of the brain that takes place in watching internet pornography over time on Apple and Hewlett Packard devices. Although their might be a temporal perceived benefit, the long term accumulative effect is devastating to ones quality of life and our individual effectiveness in society.  Like alcohol, cigarettes, and illegal drugs, porn has implications on the

brain, which explains why we have child obscenity laws in place that Apple and HP have disregarded. Apple and PC know or should know that these things are true and yet they sell their products in an illegal fashion that sets their customers up to be injured.

**46. GERIATRIC SEX ADDICTION**: there are countless old men who are coming forth to seek help for sexual compulsive behavior due to how the sexual imagery online has impacted them. Given the accessibility, one can now access sexually vulgar images in two seconds that were nonexistent 10 years ago. Neropathways can change in the brain in males no matter what their age, but male adolescents are especially susceptible. This is why old people are seeking help for sexually compulsive behavior after they too were provoked by morbid curiosity presented by the easily accessibility of online pornography on devices that failed to provide any warnings of the dangers associated with their products. Apple and HP are placing males of all ages in a position to be injured by failing to warn and take proactive preventive measures. To say that minors are the only one in need of protection is an agreement based on semantics. All males need better protection from online smut.

**47. PORNOGRAPHY ONLINE IS HURTING WOMEN WHO WATCH IT TOO:** Apple and Hewlett Packard are aware of all of the following statements: Although it might be unusual for a woman to walk into a sex shop. Some women are taking more risk online. After all no one wants to be alone, and we all want to feel loved. Women are doing very male like things given the private nature and easily accessibility of the internet on Apple and HP devices. Because HP and Apple have failed to sell their products on safe mode, many woman are putting themselves at risk by meeting people who are high risk. Further, many women think that to get a man they have to replicate what the girls are doing in the porn videos, which ultimately create crushing

expectations and sets them up to develop stimulation/intensity additions of their own. Females were not designed to be treated like that women in porn videos. Many of them are being traumatized gradually, whether they know it or not. Women who are sucked into the vulgar world of internet pornography through their Apple and HP products are losing the capacity for intimacy and to form bonds themselves. Such women who have bought into the lie that porn is harmless end up alone often. Pornography is making it more difficult for women to experience intimacy in the same way that it is impacting men. A drop in oxytosen is occurring that hurts both sexes, as the capacity for bonding decreases. Here is Maria's story: http://www.youtube.com/watch?v=cQR4FF6qLBk.

48. **<u>I AM NOT ANTI-SEX</u>**: I am pro-healthy sex in the context of convent between members of the opposite sex. I am an advocate for erotic sex between committed partners who have the capacity to be present, who have  intimacy based sex, that reinforces their covenant connection and security with one another. Don't get it twisted, this lawsuit is about pushing culture in a position where people will have superior sex. Imposing unilateral filter requirements will serve to further shift us back to a place were sex is beautiful again, where it is spiritual, where it is worth protecting, and where it reconfirms a relationship. Installing filters reinforces the notion that sex between members of the opposite sex in a covent relationship is prized and worth safeguarding, above all forms of relationships in our society in contrast to the liberal counter productive pop culture agenda which is destructive and a manufacturer of misery. By joining the "joint task force" with the UK, our Nations send a message to the world that marriages and children are worth protecting, and that sex is special. It is my sincere hope that everyone be in a relationship like that found in Note Book, even though that might idealistic romantic notion.

49.  **SOMEONE'S DAUGHTER, SOMEONE'S FUTURE SPOUSE**:   Females are meant to be treated with affection, tenderness, and due care by us men. Who among us could argue otherwise?  I am begging the decision makers at Apple and HP to send that message to their own wife's and daughters by being responsive to this mission, by agreeing to sell their products on "safe mode," which could help shift our cultural prospective in a healthy and more rewarding direction.  After all, the girl in the porn video is someone's daughter, some man's future wife; the man in the porn is someone's son, and some woman's future husband. The question begs what if that was your daughter or your future wife, or from the females prospective, your son or future husband. Those engaging in porn creation are hurting not only the viewer, but their future significant other in creating a permeant fix record of sex with someone they were not in a committed relationship with. Apple and HP are violating universal moral principle by encouraging their customers to watch this activity by being non-responsive to outrageous conditions.  The future spouse of a former porn participant has grounds to sue Apple and Hewlett Packard for intentional infliction of emotional distress upon discovery of the pornographic content that Apple and HP are distributing every time they sell their devices. The installation of filters would absolve Hewlett Packard and Apple from liability to that end under the spirit of the principles in the Second Restatement of Torts.

50.  **THE BENEFITS OF PRESET FILTERS OUTWEIGH THE COSTS:** Rational decision making is predicated on the benefits outweighing the costs. If device makers and the legislature were to adopt this proposal, there could be some websites that are inadvertently blocked as a result of their policy. But the minor loss would not outweigh the major benefit in subscribing to the "joint task force" with the United Kingdom.  These incidental losses would be without

material consequence in light of the massive reward. Protecting families, decreasing sexually compulsive behavior, reducing the demand side of sex trafficking and child pornography are superior considerations to any possible downsides related to inadvertent loss of inconsequential information.

**51.  HELL, FIRE, AND MISDIRECTION**: While I am a huge proponent of the Bible, I did not file this lawsuit because I of the mindset of an angry "bible banger" standing on the street corner yelling: "repeat ye sinners or you gonna burn in hell for watchin' that there porn." That is not what this lawsuit is about. It is about the wrongful exploitation of the male biology, protecting adolescent minds, safeguarding marriages, giving us increased capacity to form bonds, decreasing the demand side for sex trafficking, reducing sex crime, improving the quality of life for all of us, diminishing the demand side of child pornography, shifting our collective prospective towards innocence, and creating an environment were sex can be at its best.  This lawsuit is designed to encourage great sex, not inferior kinds promoted by Miley Cyrus and the misguided gay community. This is a scientific based lawsuit that just happens to coincide with judeo-christian values because one set of truths tend to support and ratify another on its face. Online marketers are flooding the internet with provocative images that are specifically designed to induce males into the endless world of internet pornography, which tragically remains one click away at all times without filters. Its difficult these days for us males to access the internet and not be subjected to endless pop ups of provocative images that are crafted to tantalize and entice us males into a world of pornography that is silently addicting and concretely destructive.

**52.  THAT WHICH IS MOST PRIVATE IS MOST PUBLIC**: Millions of people suffer from

online porn addiction. It is such a shame and guilt based condition that no one wants to deal with it.  Millions of people deny it exist but there is  a lot more science that is backing the realities of pornography addiction.

People are now having sexual compulsory problems that never would have happened without access to the internet. But the internet is not the superseding problem. The device makers are to blame.

**53.  WELCOME TO THE LIST:**" Pornography is about trying to fill, escapism, and numbing out. This was what it is designed for in the same way that illegal drugs are. Its about escapism and experiencing a rush.  If individuals who are over 18, who believe that they can manage the risk that stem from viewing porn want to "op in" and get the password to remove the porn filters, such individuals names should go on a list that could be subpoenaed and made publicly available. Those who "opt in" should have no objections to this because they have asserted that they do not believe in the perils of pornography by "opting in." They assume the risk. Any objections they might have should be overruled because by opting in their are either admitting that they have bad judgment or that porn is harmless, and so they should have nothing to worry about by having their name added to the list if that is their position. They cannot have it both ways. On the one hand they cannot say that pornography is harmless only to balk at having their name added to the list upon "opting in." If fear of having one's name added to the list is the same kind of deterrent that keeps guys from going to a porn shop to face to look the clerk in the face as they check out, then so be it. We'll all be better off if we help one another choose a better way of life through loving accountability.

**IDENTIFYING THE TREND**

54. **THE CLASSIC GROWING TREND AND SCENARIO**: I do not really understand how anyone could be shocked at my filing of the original lawsuit or this one.  Here is the common progression of a typical scenario impacting millions of men.  Lets say, a man is in a committed relationship with a woman.  The man subsequently purchases Apple and Hewlett Packard computer exclusively for work purposes. The computers are sold to him without filters nor do they contain any warnings about the dangers of porn that can be access on the device. The man does not even know about the possibility of filters because he is not computer savvy.

Additionally, the man believes that he has the will power to resist looking at porn, having never gone to a bricks and mortar porn store. The man and woman have intimacy based sex that reconfirms their commitment to one another.  The man gets in the habit of having sex regularly and his body adjust to that as part of conditioning.  One night the woman is not in the mood for sex, but the man is. The man gets on his computer in the privacy of his home office to do work.

He is inundated with pop up ads featuring provocative looking woman with revealing parts that are reasonably calculated to trigger his sexual response systems causing him to feel distracted and turned on by what he sees.  The man then accidentally keys in words that lead him to a porn site. Or perhaps the man is enticed to clicks on the ad inadvertently or in a moment of weakness that leads him into the endless abyss of pornography online that has at all times been just one click away. Obviously, the porn is more exciting than the boring/stressful work he was working on.

55.  Upon seeing the porn, the man is overwhelmed with temptation.  There are no warnings presented by Apple or Hewlett Packard that the content he has come in contact with could damage him, his brain, or his marriage, but by that point it doesn't even matter because he is

triggered. He surreptitiously uses pornography for the self-gratification purpose for which it was created without letting his partner know. The episode allows the man to escape and numb out in the same way that using illegal drugs would. There are no warnings that there is anything wrong with this practice; the man feels that he is not hurting anyone because he is just watching sexual content from afar between two consenting adults; so night after night the same cycle repeats as a stress reliever and escape mechanism, when the woman is sexually unavailable. A new kind of conditioning begins to take place unknowingly. The man becomes rewired for intensity, not intimacy. There is an element of secrecy, lust, and forbiddeness introduced into his sexual reward cycle. Eventually, the woman who he is in a relationship with cannot provide the same sexual stimulation that the millions of porn stars on multiple pages that are open on several pages on the computers can. Eventually, the man loses the capacity to emotionally connect with the woman because the porn has rewired him. His dopamine receptors have been sent into over drive, which has an adverse impact on Delta fosb absorption. The relationship that was good for him and the woman falls apart. Children that would have been born never come into existence. Both individuals carry baggage with them into new relationships. The quality of everyone's life is grossly depleted. Society must then subsequently demand with the various forms of fall out that comes from a broken home that cost tax payers tremendously. Eventually, the excitement of porn decreases for the man after he turns to more extreme forms to experience the same rush. The man gets to the point that he decides that he would like to have porn type sex in real life. The man then begins dating promiscuous girls who have bought into the philosophy and values promoted by Miley Cyrus, as portrayed here:" http://www.mtv.com/videos/miley-cyrus/954189/ wrecking-ball.jhtml#artist=2408193. The whole point of the new dating relationships is for this

man to experience the fix of "hooking up"and "getting off."  Emotional connection or bond

formation have no part of this process. As time progresses, the man decides that it makes logical

sense for him to just pay for escorts to save time and avoid emotional messes. Sex becomes tied

to money, power, convenience, control, and on demand. The man, who was otherwise moral and

law abiding, begins employing escorts through backpages.com that he accesses with ease on his

Apple and HP.  Women become objects to him. These illegal practices cause the man to become

completely emotionally numb and incapable of forming meaningful connections, after

conditioning himself to objectifying members of the opposite sex. The quality of the mans life

becomes dismal compared to what it was or what it could have been.  The man loses the ability

to form meaningful bonds.  Eventually, the man develop the need to up the excitement of

perverse sex even more to maintain the same degree of the rush he was experiencing. To do so he

begins flying to Taiwan, where he pays off the police to have sex with minors, who are held

captive against their will by members of organized crime groups, who have abducted the victim

by trick. The man wants to stop but finds that he cannot. The man is not alone in this pattern;

there are hundreds of thousands on the same path.  Our government, as well as others, then have

to expend resources to combat these kinds of practices, which costs tax payers tremendous sums

of resources to the point that the budget for sex crimes surpasses the budget for the war on drugs.

The man wants to stop but feels that he cannot because he has been reprogramed by pornography

that was assessed on his Apple and HP. Meanwhile, he was never warned of the perils of online

pornography by Hewlett Packard and Apple. All of this could have likely been avoided if the

Apple and Hewlett Packard had bothered to sell their devices with filters that would have

prevented him from inadvertently coming in contact with porn online.

68.  Fortunately, this scenario did not play out of myself like that. But it could have. Apple and HP's products were the delivery mechanism for destructive pornography that was not harmless. My way of recovery and rebooting was to take a proactive role in supporting the fight against sex trafficking on the extraction side. Additionally, this lawsuit is my way of recovering from the adverse impact of pornography and to expose the horrible danger it posses, if we are not more responsive to the realities of it. If the demand side of sex trafficking does not exist, then girls will not be sex trafficked. Guys who are engaging in sex trafficking, did not start out as sex criminals marked with morbid curiosity. The rampant online pornography that is made readily available on Apple and HP products has a lot to do with the increase in encouraging the demand side sex trafficking and production of child pornography.

56.  **SIGNIFICANCE OF BACKLASH:** When I filed the original complaint against Apple, I included a vocal edit music video for Zedd's "Shave It" that included a message by Standford Psychologist, Philip Zimbardo, called "The Demise of Guys."  The video got thousands of views and hundreds of disparaging comments were made which ultimately even caused the video to be removed. Youtube said that the video violated the terms and conditions because it referenced porn (The video has been reposted properly here and meets the education exception to their policies: **http://www.youtube.com/watch?v=aVXmzZdRcNE).**

57.  That activity has significance here. Apple and PC should work with law enforcement to unilaterally zap/block sights from there computers like "Backpage.com" and others that are clearly running prostitution circuits and encouraging the proliferation of organized crime. Apple and PC are not state actors. Apple and PC have no incentive not to work with the federal and state law enforcement to have such sights blocked.  "If you want to kill a snake, you have to cut

its head off." The burden of fighting and preventing sex crimes should not just fall on law enforcement. We all have a collective duty to oppose criminal misconduct if its within our power to. HP and Apple should make reasonable attempts to not allow their devices to be used to proliferate crimes against humanity. If backpages.com has a problem with this, then they can go manufacture their own computers, but neither Apple nor HP should allow their customers access to sights like Backpages that are hubs of prostitution. I hope that one of the impacts of this litigation is that the doors between law enforcement and device makers will be further open for the benefit of us all.

58. Other sights like Backpages will pop up, and Apple and PC will not be able to block all porn and all websites that facilitate prostitution. But that does not relieve Apple and HP from the duty to having to attempted to block such sights when their devices leave the store. Just as Apple and HP send out soft ware updates, Apple and HP can send up filtering updates. What neither I nor the British Prime Minister are demanding is perfection, but we want best efforts made in good faith to stop criminal activity by using common sense.

59. **ridicule, violently opposition, and then its accepted as self-evident:** When someone proposes truth in this manner that I am, I expect three phases to occur: ridicule, violently opposition, and then its accepted as self-evident. Yet, I expect Apple, HP, all other device makers, and Congress to join the "joint task force" with the United Kindgom. I am being persecuted and prosecuted at every turn for filing this lawsuit, but that will not stop me from staying the course because I care about people and how porn is hurting them like it did me. It has to stop.


<u>PARTIES:</u>

60. The Plaintiff was residing in Tennessee at the time of the injury at 9 Music Square South 247, Nashville, TN.

61. Apple Inc., formerly Apple Computer, Inc., is an American multinational corporation headquartered in Cupertino, California that designs, develops, and sells consumer electronics, computer software and personal computers. Its best-known hardware products are the Mac line of computers, the iPod music player, the iPhone smartphone, and the iPad tablet computer. Its software includes the OS X and iOS operating systems, the iTunes media browser, the Safari web browser, and the iLife and iWork creativity and production suites.

62. Hewlett Packard is a Corporation located at 3000 Hanover StreetPalo Alto, CA 94304-1185.


<u>JURISDICTION</u>

63.  Plaintiff brings his complaint under federal diversity jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds the minimal jurisdictional limit of $75,000.

64.  This case arises under the United States Constitution and 42 U.S.C.Sections 1983 and 1988, as amended. This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1331 and 1343. The declaratory and injunctive relief sought is authorized by 28 U.S.C. Sections 2201 and 2202, 42 U.S.C. Section 1983 and Rule 57 of the Federal Rules of Civil Procedure.

65. This Court is an appropriate venue for this cause of action pursuant to 28U.S.C. 1391(b)(1) and (b)(2).


<u>FACTS:</u>

66. The Plaintiff purchased an Apple Computer from the Apple Store. The Plaintiff purchased a Hewlett Packard from a store that sells them.

67. The computers came with preinstalled software that was intentionally designed to allow the Plaintiff to incorporate materials on the internet on the device.

68. Neither Apple nor HP gave any warning to the Plaintiff that he could be injured by using their products as intended.

69. Neither Apple nor Hewlett Packard provided the Plaintiff with any warning that he could encounter pornographic content in using their device that might decrease the quality of his life, cause addiction, and be harmful.

70. Apple and Hewlett Packard were aware when they sold the device to the Plaintiff that it was probable that he would encounter pornography online the internet could cause him to be adversely impacted.

71. Despite this knowledge, neither Apple nor Hewlett Packard failed to do anything to keep the Plaintiff from coming in contact with the content that would ultimately cause the quality of his life to diminish.

72. The Plaintiff has the right to be free from unknowingly developing an addicting as a result of using the Defendant's products.

73. The Plaintiff has the right to not have pornography decrease the quality of his life by accidentally accessing porn on Hewlett Packard and Apple devices.

74. Hewlett Packard and Apple were aware that the Plaintiff, along with all other normal healthy males, was sexually stimulated by visualuals of illicit content that could be access in abundance on their products.

75. Hewlett Packardand Apple were aware that the Plaintiff's dopamine levels would be impacted by viewing pornography that was accessible on their devices.

76. Hewlett Packard and Apple knew that when pleasure pathways are used compulsively a downgrading occurs in a neurotransmitter called dopamine. HP and Apple were aware that porn that is accessible through their products has the potential to reset the pleasure thermostat in their costumers brains, as it did in the Plaintiff, as it destroyed his capacity for intimacy.

77. Hewlett Packard and Apple know that nearly all of their male customers are stimulated to by sight.

78. Apple and Hewlett Packard had a duty to warn the Plaintiff of the ways in which his mind

and body could be altered in using their products.

79. When Apple and Hewlett Packard sold the computer to the Plaintiff they knew that in using the software as intended that the Plaintiff could stumble upon pornographic content that would cause compulsory sexual behavior, arousal addiction, and decrease the Plaintiff's capability to experience intimacy by hijacking his dopamine receptors.

80.   When Apple and Hewlett Packard sold their device to the Plaintiff, they did not card him to ask him if he was over 18, knowing that if the Plaintiff used the device as intended that he would come in contact with pornographic content that would cause them to be in violation of child obscenity laws, if he was a minor.

81. Apple and Hewlett Packard violated child obscenity laws by not verifying the Plaintiff's age before they sold him their product that became loaded with pornographic content, when being used as intended.

82. The Plaintiff has never smoked a cigarette in his life. He has never tried illegal drugs ever. The Plaintiff does not drink. The Plaintiff has no history of addiction whatsoever, until he purchased the Apple and HP products. The Plaintiff never went into a porn shop or purchased pornographic content before purchasing an Apple and Hewlett Packard device.

83. Neither Apple nor Hewlett Packard provided any warnings that accessing pornography

through their devices could cause arousal addition, stimulation addition, or a decrease in the quality of the Plaintiff's life.

84. The Plaintiff stumbled into Porn on his Hewlett Packard device unintentionally, when he type "cream pie" in a search engine because he was interested in making one.

85. The Plaintiff stumbled into porn on his Apple when he misspelled "Facebook.com."

86. The Plaintiff was relentless enticed to look at pornography by the constant pop ups that amounted to "hooks," as he worked on otherwise not as interesting subjects.

87. These pop ups were distracting and reasonably calculated to exploit the Plaintiff's attraction by sight him to click on the ad.

88. The purpose of porn is unquestionably vicarious sex.

89. Apple and Hewlett Packard know that the porn accessible on their product causes sexually compulsory behavior.

90. Apple and Hewlett Packard know that porn accessible on their product causes intensity addiction.

91. Upon stumbling into porn on his Hewlett Packard and Apple computer, the Plaintiff became hooked.

92. The Plaintiff discovered that he pornography was crafted so that viewers could escape reality and to numb pain through vicarious methodology.

93. This discovery entered into the reward cycle of the Plaintiff and hijacked his capacity for intimacy.

94. This escapism became addicting and caused the Plaintiff's quality of life to deteriorate.

95. As a result of observing porn on the Defendant's products, the Plaintiff's quality of life suffered.

96. The Plaintiff lost his wife and child as a result of his porn addiction that was developed because of Apple and Hewlett Packard products.

97. If the Apple and Hewlett Packard had filters in place, the Plaintiff never would have been injured in this capacity.

98. If Apple and Hewlett Packard had sold the Plaintiff him their products on safe mode, he would have never opted to remove the filter, even if the option was available to do so.

99. If Apple and Hewlett Packard had made better attempts to block pornography the Plaintiff would not have stumbled upon it by accident or been enticed to investigate it.

100. Eventually, the Plaintiff became to not just want to look at porn but to participate in porn scenarios in real life. He began having dates with countless beautiful girls, just hoping to have intensity based sex because that is what porn conditioned him to desire.

101. Since the Plaintiff was classically conditioned by pornography to be conditioned to desire to get the fix of just getting off with an attractive member of the opposite sex, the Plaintiff began to investigate ways to skip the dating process. Because doing so was logical.

102. The Plaintiff discovered backpages.com. Backpages.com's adult escort section took up the slack, when Craig's list closed down its adult section.

103. Backpages.com adult section is unquestionably a hub for criminal prostitution that provides escorts.

104. There are women of all age, race, and nationality who make themselves available for sex for pay in every major metropolitan area in the world. There are no emotional strings attached to these escorts.

105. Accessible porn lead him to the Plaintiff to the very door step of the dark world of criminalized sex on demand made available on Apple and Hewlett Packard products with absolute impunity.

106. As a man, it was easy for the Plaintiff to see how online pornography could proliferate the demand side of sex trafficking.

107. The Plaintiff is an attorney and is not a scoff law. He is a man of honor that prides himself on integrity, and yet, he was nearly completely undone and crippled by the potency of the porn effect.

108. Instead of opening the door that back pages presents the Plaintiff, chose to join causes that fight sex trafficking, to expose this problem.

109. Filing this lawsuit demanding that device makers heed the call to the British Prime Minister to help us guys protect ourselves from ourselves is a form of recovery to reverse the process that Apple and Hewlett Packard products started.

110. If the opportunity for voyeuristic sex was greater limited by device makers the quality of the Plaintiff's life would be dramatically improved.

111. If this is true for the Plaintiff, it is the case for millions of other guys, who do not have the

courage or the skill set to do what the Plaintiff is doing here.

## CAUSES OF ACTION

## COUNT ONE FRAUDULENT MISREPRESENTATION

112. The Plaintiff realleges and incorporates by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

113. The Apple and Hewlett Packard intentionally misrepresented to the Plaintiff a material fact in regards to the dangers of their products in so far as they allowed him to come in contact with content on their machines that damaged him.

114. Because the Plaintiff reasonably relied on the misrepresentation that use of the Mac Book was safe, the Plaintiff continued his use of safari and suffered severe loss of enjoyment of life, loss of his capacity to earn a living, medical expenses, physical and mental pain and suffering.

115. Neither Apple nor Hewlett Packard did anything to safeguard the Plaintiff from using their devices in a way that foreseeably exposed him to content that was damaging.

116. Apple and Hewlett Packard help their products out as being safe when the Plaintiff purchased the device, when they knew that the Plaintiff would come in contact with addicting content through the normal use of their device.

117. Apple and Hewlett Packard were aware of the abundance of obscene pornography that could be access through the normal use of their devices. Yet, neither Apple nor HP did anything to prevent the Plaintiff from coming in contact with the damaging content.

## COUNT TWO PRODUCTS LIABILITY

118. The Plaintiff realleges and incorporates by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.Plaintiffs aver that Apple and Hewlett Packard, by processing, manufacturing or furnishing electronic devices that allowed unfiltered assess to addicting content that was a significant and substantial health risk to the public at large, and more particular, to the Plaintiff, violated the Tennessee Products Liability Act of 1978, T.C.A. § 29-28-101, et seq.  T.C.A. § 29-28-105 provides that manufacturers, processors, or finishers who provide products which are unreasonably dangerous are held strictly liable for any injury to a person caused by that product.

119. Apple and Hewlett Packard knowingly sold devices that gave their customers, to include the Plaintiff, access to harmful content that they knew could cause addiction and could cause the quality of their customers lives to diminish. Apple and Hewlett Packard could have taken a few easy steps to protect the Plaintiff from coming in contact with unwanted materials by selling the product on "safe mode" but failed to do so because they are either irresponsible, greedy, or both. (If Apple can install safari software to connect to the internet, it can install filtering software to protect the customer from unwillingly coming into content that causes damage from the normal use of their products).

120. As manufacturer, processor, or furnisher of a device that allowed the Plaintiff to access addicting content without warning, Apple and Hewlett Packard processed a finished product which was unreasonably dangerous or defective pursuant to T.C.A. § 29-28-102(2)(8) inasmuch as the danger of stumbling upon pornography that causes addiction was not one that would have been contemplated by the ordinary consumer and inasmuch, as the content accessible through the use of the computers proved it to be defective or in a dangerous condition that it would not have

been furnished to the public by a reasonable prudent manufacturer, processor, or furnisher.

121. Apple and Hewlett Packard sold computers to the consumer with software to access the internet without any filters to block addicting pornography. They failed to provide the Plaintiff with any warning that viewing pornography online could be psychologically harmful and addicting, and lead to a decrease quality of life.

122. The devices were in an unsafe condition without having installed filtering porn software or control settings that block porn at the time it left the Plants.

123. The Plaintiff avers that the injuries suffered were a direct and proximate result of the unreasonably dangerous or defective condition of the products created by Apple and Hewlett Packard in the absence of pre-set filters upon sale. Apple and Hewlett Packard knew the damaging and addicting qualities of pornography and are liable and answerable to the Plaintiff for the injuries suffered.

## COUNT THREE RES ISPA LOQUITAR RELATING TO PERSONAL INJURY

124.  The Plaintiff realleges and incorporates by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.  Apple and Hewlett Packard have a "duty" to act "reasonably."

125. It is unreasonable for Apple and Hewlett Packard to place a burden on their customers who do not want inadvertently come in contact with pornography to have the burden to instal filtering software.

126. Apple and Hewlett Packard are well aware of the amount of pornography online and how internet marketing companies are attempting to entice males to get hooked on porn.

127. It used to be the case that it took time, money, and expense to view pornography. Now it takes time money and expense to avoid it on the Defendant's device, which is an unreasonable and unjust circumstance created by Apple and Hewlett Packard.

128. Apple and Hewlett Packard knew or should have known that pornography was harmful speech, when they sold their products to the Plaintiff. Apple and HP placed an undue burden on the Plaintiff.

129. Apple and Hewlett Packard knew that Plaintiff is attached to beautiful women by sight, as all normal healthy males are.

130. Requiring those who want to avoid seeing pornography to have the burden to take steps to install filters is unreasonable.

131. Apple and Hewlett Packard sell their products to their customers with software that allows them to connect to the internet and expects that they will, as part of the normal use of their products.

132. Apple and Hewlett Packard knew that the Plaintiff could stumble on upon content that had addicting qualities and could produce sexually compulsive behavior that would diminish the quality of the Plaintiff's life.

133. The defendants knew that it would be an easy and inexpensive fix for them to sell their products on safe mode, which would filter out illicit pornographic content.

134. If Apple and Hewlett Packard have sold their products to Plaintiff in safe mode, he would not have stumbled upon pornography and become injured.

135. Neither Apple nor HP warned the Plaintiff of the harmful impact that porn could have on his life if he was to stumble upon it through the normal use of the device they sold him.

## COUNT FOUR RES ISPA LOQUITAR RELATING TO INJURY OF WASTE

136. The Plaintiff is a tax payer.

137. Presumably some of the money that the Plaintiff pays goes to law enforcement to include units that fight cyber crime.

138. The budgets for law enforcement relating to cyber crimes has increased in recent years.

139. Wasting tax pay dollars is an injury to tax payers, like the Plaintiff.

140. Apple and Hewlett Packard have a duty to act reasonably.  Yet, Apple and Hewlett Packard have breached this duty by selling devices to minors in violation of child obscenity laws. Apple and Hewlett Packard have breached their duty to act reasonably knowing that their devices are being used in a manner that encourages organized crime and criminal activity to include prostitution. Apple and Hewlett Packard have not acted reasonably knowing that their products are being used to encourage sex crimes through the unwarranted objectification of women.

141. Apple and Hewlett Packard breached a duty to tax payers by not selling their devices with filters, which has increased the demand side of sex trafficking, child pornography, and other forms of criminal sexual misconduct.

142. Fewer of the taxes paid by the Plaintiff would go towards fighting sex crimes, if Apple and Hewlett Packard honored its duty to act reasonably by selling its devices with filters in accordance with state law.

143. Accordingly, the Plaintiff has been directly injured by the Defendants breach of their duty in this regard and has standing under this claim as a tax payer.

<u>COUNT FOUR OUTRAGEOUS CONDUCT AND INTENTIONAL INFLICTION OF</u>

## EMOTIONAL DISTRESS

144. The Plaintiff realleges and incorporates by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein. Apple and Hewlett Packard knew or should have known that all male customers, which includes the Plaintiff, are chemically and biologically designed to be attracted to females by sight.

145. Apple and Hewlett Packard knew or should have know that the Plaintiff could accidentally stumble upon pornographic images that would hook him into the online porn world to the point of causing arousal addiction.

146. Apple and Hewlett Packard knew or should have know that the impact of such a condition could destroy the Plaintiff's family, quality of life, income producing capability, and so forth.

147. Apple and Hewlett Packard could have easily sold its devise with filtering software installed which required the Plaintiff to take an additional step to acquire a password that was specifically designed to have the filter removed with little burden to itself.

148. The foreseeable and proximate cause of the injuries inflicted on the Plaintiff directly stem from Apple and Hewlett Packard 's failure to act.

149. Apple and Hewlett Packard were well aware of the of damaging qualities of pornography,

but did not provide any warnings to the Plaintiff of how the content assessable on their products could cause him injury is conduct that should not be tolerated by civilized society.

150.  The burden placed on Apple and Hewlett Packard  to make the adjustments to keep their products from harming their customers is low.

## TORTIOUS INTERFERENCE

151. The Plaintiff had a marital contract.

152. The manner under which the Defendants sold their products to the Plaintiff interfered with this contract, causing breach.

153. The Defendants' breach was the proximate cause that injured the Plaintiff due to the Defendant's negligence and reckless disregard for his well being.

## COUNT FIVE NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

154. The Plaintiff realleges and incorporates by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

155. Defendants owed the Plaintiff a duty of care by selling him a device that would not cause him mental, physical, and emotional injuries and diminish the quality of his life.

156. The Defendants breached their duty of care by negligently, accidentally or recklessly

creating a punishing, hazardous and unduly harsh living environment, by negligently,

accidentally or recklessly failing to safeguard the mental and physical health and well-being of

Plaintiff by selling him a device that was not set on "safe mode," and by negligently, accidentally

or recklessly failing to provide plaintiff with notice of the dangers of pornography that was

accessible through the device.

157. Apple and Hewlett Packard 's breach of this duty directly and proximately caused the

Plaintiff to suffer damages, mental and emotional, including fear, humiliation, depression, severe

physical, thrill seeking, and emotional distress in causing the quality of his life to diminish.

158. As a result, the Plaintiff has been damaged in an amount to be determined at trial.


159. WHEREFORE,

1.  Plaintiff demands a preliminary and permanent injunction be imposed on products created by

Apple and Hewlett Packard , going forward that requires the installation of software that makes

reasonable attempts to block pornography online. The Plaintiff demands that the injunction cause

Hewlett Packard  and Apple to comply with child obscenity laws. The Plaintiff asks that the

filtering software not be removed, by Apple or Hewlett Packard  unless the purchaser can prove

that he is over 18 years of age and requests that the filters be removed. Otherwise, the filters

should remain in place.

2. The Plaintiff demands that Apple make a donation to A21, Stop Sex Trafficking Now,

International Justice Mission, Orphan Secure, and Abolition International to assist in their effort

to combat the systemic problems that have stemmed from Apple's negligent decision to not

safeguard its customers from the inherent dangers of viewing pornography.

3. The Plaintiff demands that he be awarded an amount over $75,010 minimal jurisdictional limit

to cover loss of income, medical expenses, costs, disbursements, reasonable attorneys fees,

interest, for his personal damages, and whatever other relief the Court deems just and equitable.

4. The Plaintiff demands that a permanent and preliminary injunction be imposed on Apple and

HP to work with law enforcement to block websites that are likely engaging in organized crime,

like Backpages.com.

5. The Plaintiff demands and injunction that requires Apple and Hewlett Packard to respond in

favor to joining a joint task force the United Kingdom in filtering porn online to protect children

and families.

Thanks so much,
s/Chris Sevier Esq./
ghostwarsmusic@gmail.com
BPR#026577
615 500 4411
9 Music Square South 247
Nashville, TN 37203
soundcloud.com/ghostwars
 yourbrainonporn.com
http://www.youtube.com/watch?v=mxJK9F0SHuQ



 COPY



s/Chris Sevier/

026577

615 500 4411

Severerecords7@yahoo.com

44 Music Square East

Nashville, TN 37203