UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRIS SEVIER ] | |
|     Plaintiff, ] | |
| ] | |
| v. ] | No. 3:13-1099 |
| ] | Judge Sharp |
| ] | |
| HEWLETT PACKARD ] | |
|     Defendant. ] | |

### O R D E R

The Court has before it a *pro se* complaint (Docket Entry No.1) under 42 U.S.C. § 1983 and an application to proceed in forma pauperis (Docket Entry No.2).

The plaintiff is a resident of Nashville. According to his application, he has had no income or benefits for the past twelve months. The plaintiff has neglected to provide information, however, showing how he has been supporting himself. The Court, therefore, is unable to rule upon his application at this time.

Accordingly, the plaintiff is GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the filing fee of four hundred dollars ($400.00) or submit a signed statement setting forth with specificity the sources and amounts of any income, benefits, or assets he used to support himself for the prior twelve month period.

The plaintiff is forewarned that, should he fail to comply

with these instructions within the specified period of time, the Court will deny his application to proceed in forma pauperis.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge